**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Skywalk Development, LLC,<br><br>    Petitioner,<br><br>v.<br><br>'Sa' Nyu Wa, Inc.,<br><br>    Respondent. | No. CV12-08183-PCT-DGC<br><br>**ORDER** |

Petitioner Grand Canyon Skywalk Development, LLC ("GCSD") filed an application for confirmation of arbitration award. Doc. 1. Respondent 'Sa' Nyu Wa, Inc. ("SNW") filed a response and a motion to (1) vacate the arbitration award; and (2) dismiss this matter. Doc. 7. The Court has scheduled oral argument to take place at 3:00 p.m. on January 24, 2012.

The Court will require Petitioner to submit copies of the pleadings of both parties leading up to the order of the Hualapai Tribal Court entered on August 3, 2012. Doc. 1-2 at 156-160. These documents are to be filed with the Court by noon on Tuesday, January 22, 2012. No additional briefing will be permitted.

Dated this 18th day of January, 2013.

David G. Campbell
United States District Judge